IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN F. PEOPLES | : |
| | : |
| v. | : |
| | : |
| DISCOVER FINANCIAL SERVICES, INC. : | |
| and DISCOVER CARD SERVICES, INC. | : CIVIL ACTION NO. 08-CV-2024 |
| trading as DISCOVER CARD, | : |
| | : |
| and | : |
| | : |
| GINGER DAYLE, GINGER DAYLE | : |
| PRODUCTIONS and NEW CITY STAGE | : |
| COMPANY | : |

## ORDER

AND NOW, this ____ day of ____ ____, 2008, upon consideration of the Motion for Summary Judgment of Defendants Ginger Dayle, Ginger Dayle Productions and New City Stage Company, and Plaintiff's response thereto, it is hereby ORDERED that the Motion for Summary Judgment is **GRANTED**.

BY THE COURT:

_____
The Honorable Edmund V. Ludwig
U.S.D.J.

LAW OFFICES OF WILLIAM C. REIL
BY: William C. Reil, Esquire
Identification No. 26833
42 South 15th Street, Suite 210
Philadelphia, PA 19102
(215) 564-1635                                    ATTORNEY FOR DEFENDANTS DAYLE

| | |
|---|---|
| JOHN F. PEOPLES | : UNITED STATES DISTRICT COURT |
| | : FOR THE EASTERN DISTRICT |
| v. | : OF PENNSYLVANIA |
| | : |
| DISCOVER FINANCIAL SERVICES, INC. | : |
| and DISCOVER CARD SERVICES, INC. | : |
| trading as DISCOVER CARD, | : |
| | : |
| and | : |
| | : |
| GINGER DAYLE, GINGER DAYLE | : CIVIL ACTION NO. 08-CV-2024 |
| PRODUCTIONS and NEW CITY STAGE | : |
| COMPANY | : |

## NOTICE OF MOTION

TO:  Stephen H. Cristal, Esquire          Benjamin M. Schmidt, Esquire
     Law Offices of John F. Peoples        Ballard Spahr Andrews &
     2701 West Chester Pike, Suite 104     Ingersoll, LLP
     Broomall, PA 19008                    1735 Market Street, 51st Floor
                                           Philadelphia, PA 19103

PLEASE BE ADVISED that the within the Motion for Summary Judgment of Defendants Ginger Dayle, Ginger Dayle Productions and New City Stage Company, was hand-delivered to the Clerk of Court for docketing on 12/30/08. After docketing you have fourteen (14) days to file a responsive pleading or the matter will be taken as uncontested.

Dated: 12/30/08

_____
William C. Reil, Esquire
Attorney for Dayle Defendants

LAW OFFICES OF WILLIAM C. REIL
BY: William C. Reil, Esquire
Identification No. 26833
42 South 15th Street, Suite 210
Philadelphia, PA 19102
(215) 564-1635      ATTORNEY FOR DEFENDANTS DAYLE

JOHN F. PEOPLES      : UNITED STATES DISTRICT COURT
     : FOR THE EASTERN DISTRICT
v.      : OF PENNSYLVANIA
     :
DISCOVER FINANCIAL SERVICES, INC.:
and DISCOVER CARD SERVICES, INC. :
trading as DISCOVER CARD,      :
     :
and      :
     :
GINGER DAYLE, GINGER DAYLE      : CIVIL ACTION NO. 08-CV-2024
PRODUCTIONS and NEW CITY STAGE :
COMPANY

FILED

DEC 3 0 2008

MICHAEL E. KUNZ, Cle
By_____Dep. Cle

## MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS GINGER DAYLE, GINGER DAYLE PRODUCTIONS AND NEW CITY STAGE COMPANY

The Dayle defendants, by their undersigned counsel, submit this Motion for Summary Judgment, and in support thereof, it is averred as follows:

**PRELIMINARY STATEMENT**

The Dayle defendants (Ginger Dayle, Ginger Dayle Production and New City Stage Company) hereby join in the Motion for Summary Judgment of Discover Financial Services, Inc. and Discover Card Services, Inc. trading as Discover Card, which was filed on or about November 13, 2008. The Dayle defendants are joining in the motion for summary judgment of the other defendant, Discover Card, and they incorporate by reference the arguments and testimony advanced by Discover, which the Dayle defendants also believe entitle them to Summary Judgment. A true and correct copy of the front page of Discover's motion for summary judgment, which is incorporated herein, is attached as Exhibit "A."

## ARGUMENT AND CONCLUSIONS OF LAW

In his deposition, Attorney John Peoples unequivocally stated that he is suing Ginger Dayle arising out of alleged prostitution services for which he was overcharged because of his blindness. Defendant Dayle denied that she has ever been involved in prostitution. She testified at her deposition that she is a licensed fitness instructor who has a studio in Center City, earned a degree in economics from the Wharton School, and that she has danced with the Pennsylvania and London Ballet.

As Discover has ably set-out in its motion for summary judgment, there is no federal case here, even if Mr. Peoples' testimony is to be believed: **(1) The law does not recognize a cause of action arising out of prostitution services; (2) The American for Disabilities Act, on which Federal jurisdiction is based, is not implicated in this case, particularly because Ms. Dayle's apartment, where all events in this case occurred, was not a place of public accommodation.**

## STANDARD FOR SUMMARY JUDGMENT

In order to prevail on a motion for summary judgment, defendants must show, taking facts and inferences in the light most favorable to plaintiff, that no reasonable fact finder could find for the plaintiff on an issue which is case determinative. <u>Thomas v. Transamerica Accidental Life Insurance Company</u>, 761 F. Supp. (D.Or. 1991). Summary Judgment is inappropriate when credibility is at issue or different ultimate inferences can be reached. FRCP 56(c). In addition to the evidence cited in Rule 56(c), a court may take into account any material that would be admissible or usable at trial. <u>Wright and Miller,</u>

Federal Practice and Procedure Section 2721 at 40 (2d. Ed. 1983). In evaluating a summary judgement motion, the record will be viewed in the light most favorable to the opposing party. Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 106 S.Ct. 2505 (1986). Summary judgment is appropriate only if there is no genuine issue of material fact such that a reasonable fact finder could find for the non-moving party, Celotex Corp. v. Cartarett, 477 U.S. 317, 106 S.Ct. 2548 (1986).

## CONCLUSION

In short, Mr. Peoples' claim that he was defrauded by a prostitute does not give rise to a Federal cause of action under any set of facts.

Respectfully submitted,

_____/s/ William C. Reil_____
William C. Reil, Esquire
Attorney for Dayle Defendants
12/30/08

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached document (s) was served upon all other parties or their counsel of record by:

                x        Regular First Class Mail

                x        Facsimile

                     Certified Mail

                     Hand-Delivered

Date: 12/30/08

William C. Reil, Esquire
Attorney for Defendants Dayle
42 S. 15th Street, Suite 210
Philadelphia, PA 19102



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN F. PEOPLES, | : |
| Plaintiff, | : |
| v. | : |
| DISCOVER FINANCIAL SERVICES, INC. and DISCOVER CARD SERVICES, INC. trading as DISCOVER CARD, | : CIVIL ACTION NO. 08-CV-2024 |
| and, | : |
| GINGER DAYLE, GINGER DAYLE PRODUCTIONS and NEW CITY STAGE COMPANY, | : |
| Defendants. | : |

## MOTION FOR SUMMARY JUDGMENT

Defendant Discover Financial Services, Inc., now known as DFS Services LLC,[1] hereby moves for summary judgment under Fed. R. Civ. P. 56 for the reasons stated in the attached memorandum and exhibits.

/s/ Benjamin M. Schmidt
Martin C. Bryce, Jr. (I.D. No. 59409)
Benjamin M. Schmidt (I.D. No. 205096)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
bryce@ballardspahr.com
schmidtb@ballardspahr.com
Telephone: (215) 864-8238/8136

Dated: November 13, 2008

Attorneys for Defendant DFS Services LLC

---

[1] Naming "Discover Card Services, Inc. trading as Discover Card" as a party is a misnomer because it is not a legal entity, but rather a credit card serviced by DFS Services LLC.