IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN F. PEOPLES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 08-2024 |
| DISCOVER FINANCIAL SERVICES, | : | |
| INC., et al. | : | |

# **ORDER**

AND NOW, this 22nd day of September, 2009, the "Motion for Summary Judgment" (docket no. 19) filed by defendant Discovery Financial Services, Inc. (docket no. 19) is granted and judgment is entered in favor of Discovery Financial Services, Inc. and against plaintiff. The "Motion for Summary Judgment of Defendants Ginger Dayle, Ginger Dayle Productions and New City Stage Company" (docket no. 25), and plaintiff John F. Peoples' separate cross-motions for summary judgment against Discover and the Dayle defendants, respectively (docket nos. 26 and 30), are denied. This action is dismissed without prejudice for lack of subject matter jurisdiction.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.